DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH FRIBERG,**
Appellant,

v.

**RYAN CRAMSEY,**
Appellee.

No. 4D18-2834

[April 25, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502015CA003617XXXXMB.

Keith Frieberg, Singer Island, pro se.

Daniel J. Santaniello and Daniel S. Weinger of Luks, Santaniello, Petrillo & Jones, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***